STATE OF NORTH CAROLINA on RELATION OF DAN C. BONEY, INSUR-
    ANCE COMMISSIONER, v. DISTRICT GRAND LODGE No. 7, GRAND
    UNITED ORDER OF ODD FELLOWS IN AMERICA, INC.

(Filed 27 January, 1931.)

Insurance A d—Defendant held not subject to dissolution under pro-
    visions of C. S., 6524.

    An incorporated association of lodges doing business in North Carolina
    providing for payment of death benefits not exceeding five hundred dollars
    to any one person is not subject to proceedings in dissolution under the
    provisions of C. S., 6524, and a judgment accordingly entered is accord-
    ing to the express provisions of C. S., 6518, and will be upheld on appeal.

APPEAL by plaintiff from *Harris, J.,* at Chambers, 27 September,
1930. From WAKE. Affirmed.

*Attorney-General Brummitt and Assistant Attorney-General Nash for
plaintiff.*
    *L. L. Davenport and Clyde Douglass for defendant.*

ADAMS, J. This is a proceeding for the dissolution of the defendant
under C. S., 6524 on the alleged ground that it is doing business upon
inadequate rates, is unable to meet its obligations, delays settlement of
its claims, and is practically insolvent. The defendant denies these and
other material allegations in the complaint and avers that it is an incor-
porated association of local lodges of a society which for more than fifty
years has been and is now doing a business in this State and providing
for the payment of death benefits not exceeding five hundred dollars to
any one person. In his reply the plaintiff admits this allegation and in
the judgment it is set forth as one of the findings of fact. Upon this
admission and finding the trial court adjudged that articles 24 and 25
of chapter 106 of the Consolidated Statutes, under which the action was
brought, do not affect or apply to the defendant. The judgment accords
with the express provision of C. S., 6518, by which the defendant is
exempted from the provisions of these statutes.
    Judgment affirmed.